IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Emma Rhodes, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00321 |
| v. | : | Judge Sargus |
| RLJ Management Company | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

The parties' November 30, 2012 joint motion to stay the settlement conference set for December 12, 2012 (doc. 8) is GRANTED. The parties have negotiated a settlement and are in the process of finalizing the settlement agreement and release. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Kenneth Harris, 65 E. State Street, Ste. 800 Columbus, Ohio 43215.

s/Mark R. Abel
United States Magistrate Judge