IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Emma Rhodes, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00321 |
| v. | : | Judge Sargus |
| RLJ Management Company | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

This matter is before the Court on plaintiff Emma Rhodes' January 21, 2013 voluntary dismissal with prejudice (doc. 10). Plaintiff's notice does not comply with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. The Court will treat the notice as a motion pursuant to Rule 41(a)(2), which is GRANTED. This action is DISMISSED with prejudice.

1-29-2013

Edmund A. Sargus, Jr.
United States District Judge