AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**EMMA RHODES,**

       **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**v.**

**RLJ MANAGEMENT COMPANY,**        **CASE NO. 2:12-cv-00321**
                                             **JUDGE EDMUND A. SARGUS, JR.**
       **Defendant.**                     **MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed January 29, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: January 29, 2013                         JOHN P. HEHMAN, CLERK

                                             */S/ Andy F. Quisumbing*
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk